United States District Court
Southern District of Texas
**ENTERED**
September 22, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MOIZALI NOORALI MOMIN,** | § |
| | § |
| Petitioner, | § |
| | § |
| v. | § CIVIL ACTION NO. 4:25-cv-4389 |
| | § |
| **RANDY TATE, ET AL.,** | § |
| | § |
| Respondents. | § |

## MEMORANDUM AND RECOMMENDATION

Pending before the Court[1] is Petitioner Moizali Noorali Momin's ("Petitioner") Emergency Motion for Temporary Restraining Order. (ECF No. 11). Based on a review of the motion, arguments, and relevant law, the Court **RECOMMENDS** Petitioner's Emergency Motion for Temporary Restraining Order (*id.*) be **GRANTED** temporarily so that the Court may order the following expedited briefing schedule set forth below. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 603–04 (1966) (recognizing under the All Writs Act, 28 U.S.C. § 1651(a), "a limited judicial power to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action through the prescribed statutory channels").

---

[1] This case was referred to the Undersigned for all purposes pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Federal Rule of Civil Procedure 72. (ECF No. 12).

If the District Court adopts this Memorandum and Recommendation, Respondents, including all those acting for them or on their behalf, are thus **ENJOINED** and **RESTRAINED** from removing Petitioner Moizali Noorali Momin from the continental United States until further order of this Court.

Further, if adopted:

1. Respondents are **ORDERED** to file a response to Petitioner's Emergency Motion for Temporary Restraining Order by Friday, September 26, 2025, which shall include as attachments all records relevant to resolution of the issues raised by the Emergency Motion for Temporary Restraining Order.

2. Any replies shall be filed by Monday, September 29, 2025.

3. A hearing on Petitioner's Emergency Motion for Temporary Restraining Order is scheduled for Tuesday, September 30, 2025, at 3 p.m.

4. Respondents are further directed to ensure that a custodian of Petitioner is served with a copy of the Memorandum and Recommendation immediately.

The Clerk shall send copies of this Memorandum and Recommendation to the respective parties who have fourteen days from the receipt thereof to file written objections thereto pursuant to Federal Rule of Civil Procedure 72(b) and General Order 2002-13. Failure to file written objections within the time

period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

**SIGNED** in Houston, Texas on September 22, 2025.

                                                Richard W. Bennett
                                         United States Magistrate Judge