United States District Court
Southern District of Texas
**ENTERED**
September 22, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MOIZALI NOORALI MOMIN,<br>*Petitioner,*<br><br>V.<br><br>RANDY TATE, ET AL.,<br>*Respondents* | §<br>§<br>§<br>§     CIVIL ACTION NO. 4:25cv4389<br>§<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated September 22, 2025 (Dkt. 16), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas this 22nd day of September, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE