United States District Court
Southern District of Texas
**ENTERED**
October 20, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MOIZALI NOORALI MOMIN,<br>*Petitioner,*<br><br>V.<br><br>RANDY TATE, ET AL.,<br>*Respondents* | §<br>§<br>§<br>§   CIVIL ACTION NO. 4:25cv4389<br>§<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated October 1, 2025 (Dkt. 27) and the objections thereto (Dkt. 29), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

The Court advises the parties that it will not stay the order pending any post-judgment motions or appeal as the Court agrees with the Magistrate Judge's finding that the Court lacks jurisdiction.

**SIGNED** at Houston, Texas this 20th day of October, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE