United States District Court
Southern District of Texas
**ENTERED**
November 12, 2025
Nathan Ochsner, Clerk

## COURTROOM MINUTES- ORDER

JUDGE <u>RICHARD W. BENNETT,  PRESIDING</u>

DATE: <u>November 12, 2025</u>

COURT REPORTER: _____

MORNING: _____        AFTERNOON: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIIVL NO: 4:25cv4389

Moizali Noorali Momin,

Plaintiff

Randy Tate, et al

Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>MINUTE ENTRY ORDER:</u>

<u>Considering the parties' filings at ECF Nos. (36, 37), Plaintiff is ordered to provide a status update, within 10 days of this order, to the Court as to whether it intends to dismiss/amend the complaint given Plaintiff's changed circumstances. In addition, both parties are ORDERED to advise whether the pending motions (ECF Nos. 2, 9, and 31) may be denied as moot.  IT IS SO ORDERED.</u>

Signed this <u>12th</u> day of November, 2025.

_____

Richard W. Bennett
United States Magistrate Judge