Case 4:25-cv-04389   Document 41   Filed on 11/25/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MOIZALI NOORALI MOMIN,** | § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. 4:25-cv-4389 |
| **RANDY TATE, ET AL.,** | § § § | |
| Respondents. | § | |

## MEMORANDUM AND RECOMMENDATION

On October 28, 2025, Petitioner Moizali Noorali Momin ("Petitioner") filed an advisory regarding the status of his case. (ECF No. 36). Specifically, Petitioner stated that the Immigration Judge in New York City reopened the removal proceedings and rescinded the *in absentia* order of removal. (*Id.* at 1). Petitioner added that "[t]his means that [Petitioner] is no longer subject to a removal order." (*Id.*).

On November 12, 2025, the Court ordered Petitioner to provide a status update as to whether he intended to dismiss or amend his complaint given his changed circumstances. (ECF No. 38). On November 22, 2025, Petitioner acknowledged that, given his changed circumstances, the pending Motion for Order to Show Cause (ECF No. 2), Opposed Motion for Preliminary Injunction (ECF No. 9), and Motion for Clarification (ECF No. 31) may be denied as moot. (ECF No. 39 at 2). Respondents are unopposed. (ECF No. 40).

As such, the Court **RECOMMENDS** Petitioner's Motion for Order to Show Cause (ECF No. 2) and Opposed Motion for Preliminary Injunction (ECF No. 9), as well as Respondents' Motion for Clarification (ECF No. 31) be **DENIED AS MOOT**.

The Clerk shall send copies of this Memorandum and Recommendation to the respective parties who have fourteen days from the receipt thereof to file written objections thereto pursuant to Federal Rule of Civil Procedure 72(b) and General Order 2002-13. Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

**SIGNED** in Houston, Texas on November 24, 2025.

_____
Richard W. Bennett
United States Magistrate Judge