United States District Court
Southern District of Texas
**ENTERED**
April 14, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Moizali Noorali Momin, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| | § | Civil Action No. H-25-4389 |
| v. | § | |
| | § | |
| Randy Tate, *in his official capacity as Warden* | § | |
| *of the Montgomery Processing Center of the* | § | |
| *Immigration and Customs Enforcement Agency* | § | |
| *and Removal Operations*, et al., | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

Petitioner, Moizali Noorali Momin, and all named Respondents, filed a Joint Stipulation of Dismissal (docket no. 44) stipulating to the dismissal of this action without prejudice as moot pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, this Court accepts the Joint Stipulation and this action is hereby **DISMISSED WITHOUT PREJUDICE AS MOOT**.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 14th day of April, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE